UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph A. McCormick, Jr. (016221977)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue, Suite 103
Haddonfield, NJ 08033
(856) 795-6500
Attorney for Chapter 7 Trustee

In Re:

Najam U. Kazmi and Surayya N. Kazmi,

Debtors.

Case No.: 19-20529-JNP
Judge: Jerrold N. Poslusny
Chapter: 7

Recommended Local Form:    ■ Followed    ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL
## AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

1. The applicant, <u>Joseph Marchand,</u> is the

   ■ Trustee:    ■ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

   ☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13    ☐ Interim (§303g)

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional: <u>Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.</u> to serve as:

   ■ Attorney for:    ■ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

   ☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify):_____

3. The employment of the professional is necessary because:

   To assist the Trustee in the investigation of the Debtor's financial affairs, the safeguarding of assets that are property of the bankruptcy estate, the recovery of avoidances, and the recovery of assets that are property of the bankruptcy estate.

4. The professional has been selected because:

   Joseph A. McCormick, Jr., P.A. has had considerable experience in matters of this character and believes that they are well qualified to represent him as Trustee.

5. The professional services to be rendered are as follows:

a) To prepare on behalf of applicant as Trustee, necessary Petitions, Answers, Orders, Reports, and other legal papers;

b) To perform all other legal services for Trustee which may be necessary herein, and it is necessary for applicant, as Interim Trustee, to employ an attorney for such professional services.

6. The proposed arrangement for compensation is as follows:

   Under a general retainer, with fees to be set by further Order of the Court.

7. To the best of the applicant's knowledge, the professional's connection with the

2

debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee, is as follows:

■ None

☐ Describe connection: _____

_____

_____

8. To the best of the applicant's knowledge, the professional (check all that apply):

■ does not hold an adverse interest to the estate.

■ does not represent an adverse interest to the estate.

■ is a disinterested person under 11 U.S.C. § 101(14).

■ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

_____

_____

_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____

_____

3

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: 8/20/19

_____
Signature of Applicant

Joseph Marchand
Name of Applicant

**Najam U. Kazmi and Surayya N. Kazmi, Chapter 7 Debtor**
**Case No. 19-20529-JNP**
*Service List*
*of*
*Joseph A. McCormick, Jr., P.A.*
*76 Euclid Avenue, Suite 103*
*Haddonfield, NJ 08033*
*Attorney for Trustee*

*Debtors*
Najam U. Kazmi
1071 Venezia Avenue
Vineland, NJ 08361

Surayya N. Kazmi
1071 Venezia Avenue
Vineland, NJ 08361

*Attorney for Debtors*
Nathan Van Embden, Esq.
Law Office of Nathan Van Embden
21 E. Main St.
PO Box 428
Millville, NJ 08332

*Trustee*
Joseph Marchand
117-119 West Broad St.
PO Box 298
Bridgeton, NJ 08302

U.S. Trustee's Office
District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102

*Other*
Jenelle C. Arnold
ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830

FEIN, SUCH, KAHN & SHEPARD, P.C.
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054

Amar A. Agrawal, Esquire
Eisenberg, Gold, Cettei & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034

Jerrold S. Kulback, Esquire
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103

5