UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

Nathan Van Embden
21 E. Main St., P. O. Box 428
Millville, New Jersey 08332
NV2911

**Order Filed on December 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
*[Enter the debtor's name(s)]*

Najam U. Kazmi
Surayya N. Kazmi

Case No.: __19-20529__
*[Enter the case number]*

Chapter: __7__
*[Enter the case number]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: __Poslusny__
*[Enter the Judge's last name]*

## ORDER GRANTING MOTION TO REOPEN CASE

The relief set forth on the following pages, numbered two (2) through *[Enter the number of the last page of this Order]* __2__ is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: December 28, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion to Reopen Case, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* The case shall be Reopened to allow the Debtor's to file Amended schedule F and multiple Motions to Avoid Judgment Liens.

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* The case shall be closed within 60 days following the Motions being considered.

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____